**POMERANTZ LLP**
Jordan L. Lurie, State Bar No. 130013
jllurie@pomlaw.com
Ari Y. Basser, State Bar No. 27268
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 432-8492

**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Telephone: (818) 225-9040

Attorney for Plaintiff Rebecca Casey,
individually and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca Casey, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>General Motors, LLC, and DOES 1-10, inclusive.<br><br>   Defendant. | NO. 3:20-cv-00299-WQH-MSB<br><br>Hon. William Q. Hayes<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT FOR:**<br><br>1. Fraud<br><br>2. Violation of Consumers Legal Remedies Act |

FIRST AMENDED CLASS ACTION COMPLAINT

## INTRODUCTION

Rebecca Casey ("Casey") brings this action for herself and on behalf all persons in the State of California ("Class Members") who purchased or leased model year 2013 through 2017 Buick Enclave, model year 2013 through 2017 Chevrolet Traverse, model year 2013 through 2016 Chevrolet Acadia, and model year 2017 Chevrolet Acadia Limited vehicles ("Class Vehicles") in the State of California which were manufactured, distributed, and sold by General Motors, LLC, a Delaware Limited Liability Company ("GM"). GM is sometimes referred to as Defendant.

## PARTIES

**PLAINTIFF REBECCA CASEY**

1. Casey resides in the State of California. On December 9, 2016, Casey purchased a used 2014 Buick Enclave, VIN 5GAKRBKDXEJ174753 (the "Casey Vehicle") from Hoehn Buick, GMC, Cadillac ("Hoehn"), located at 5334 Paseo Del Norte, Carlsbad, California 92018. Hoehn is a GM franchise dealership, authorized by GM to perform warranty repairs and sell GM vehicles. Casey purchased the Casey Vehicle for personal, family, and household use. At the time of purchase, the Casey Vehicle had already been driven 70,657 miles.

2. Prior to Casey purchasing the Casey Vehicle, the Casey Vehicle was sold new on or about October 13, 2013. At the time that the Casey Vehicle was sold new, the Casey Vehicle came with a 4-year 50,000-mile basic warranty, a 6-year 70,000-mile powertrain warranty, a 7-year 70,000-mile California emissions warranty, an 8-year 80,000-mile federal emissions warranty for certain emissions related components, and a 6-year unlimited mileage warranty for certain types of rust. Thus, at the time that Casey purchased the Casey Vehicle, the Casey Vehicle was still covered by portions of the original factory warranty.

3. At the time of purchase, Casey reviewed the window sticker and relied on its advertisements, including details of the existence and length of the express

1  warranties, when deciding whether to purchase or lease the Casey Vehicle. Casey

2  was an intended third-party beneficiary of GM's express and implied warranties.

3  **DEFENDANT GENERAL MOTORS, LLC**

4         4.     GM is a limited liability company, organized and in existence under

5  the laws of the State of Delaware and registered with the Secretary of State to

6  conduct business in the State of California. GM is and was at all relevant times

7  herein engaged in the business of designing, manufacturing, constructing,

8  assembling, marketing, distributing, and selling automobiles and other motor

9  vehicles and motor vehicle components throughout the United States of America.

10        5.     The true names and capacities of Defendants sued in this Complaint as

11  Does 1 through 10, inclusive, are currently unknown to Plaintiff, and therefore

12  Plaintiff sues such Defendants by such fictitious names.

13        6.     Plaintiff is informed and believes, and thereon alleges, that DOES 1

14  through 10 were the partners, agents, owners, shareholders, managers, or

15  employees of GM at all relevant times.

16        7.     Plaintiff is informed and believes, and on that basis alleges, that each

17  of the fictitiously named Defendants was in some manner legally responsible for

18  the actionable and unlawful actions, policies and practices as alleged herein.

19  Plaintiff will amend this Complaint to set forth the true names and capacities of

20  said Defendants, along with the appropriate charging allegations, when the same

21  have been ascertained, as may be necessary.  Each reference in this Complaint to

22  "GM" or "Defendant" is also a reference to all Defendants sued as Does 1 through

23  10.

24        8.     Plaintiff reserves the right to expand, limit, modify, or amend these

25  allegations at any time, based upon, inter alia, changing circumstances and/or new

26  facts obtained during discovery

27

28

---

## JURISDICTION

9.     This is a class action that is subject to the Class Action Fairness Act, and diversity jurisdiction under 28 USC § 1332 since Plaintiff is a citizen of the State of California, and GM is incorporated in the State of Delaware, and the amount in controversy exceeds $5,000,000.

10.     At all times relevant, Casey resided in the county of San Diego, in the State of California.

11.     Casey purchased the Casey Vehicle in the county of San Diego, in the State of California.

12.     Due to the Casey Vehicle being purchased in San Diego, California, and due to Casey residing in San Diego, California, jurisdiction is proper in the Southern District.

## INTRADISTRICT ASSIGNMENT

13.     A substantial part of the events or omissions giving rise to these claims and a substantial part of the property that is the subject of this action occurred in San Diego County pursuant to Local Rule 3-5(b).

## FACTUAL ALLEGATIONS

14.     The function of a fuse block in a vehicle is to distribute electrical energy from a source of the electrical energy, such as a vehicle's battery or power generator (also referred to as an alternator) throughout the vehicle. The fuse block not only distributes electrical energy, but it acts as a gateway to the distribution of electrical energy, with fuses and relays controlling the flow of electrical energy throughout the vehicle. If there is a defect in the fuse block of a vehicle, the vehicle can experience either intermittent or total disruption of energy distribution. Such a defect could result in conditions including, but not limited to, the vehicle not starting, intermittently stalling, and exhibiting other malfunctions. Many of the conditions which result from a defect in the fuse block render the effected vehicle unsafe, and if unrepaired can result in death or serious bodily injury.

15.     A fuse block is not a consumable wear item, such as a brake, a tire, or a drive belt. A properly designed and constructed fuse block should last the life of a vehicle. There is no replacement interval for the fuse block relating to the vehicles which are the subject of this lawsuit.

16.     The Class Vehicles are equipped with a fuse block located on the passenger side of the Class Vehicles, under the hood (Engine Bay Fuse Block). One of the functions of the Engine Bay Fuse Block is to provide electrical energy to different engine components using a relay (Engine Relay). The Engine Relay located in the Class Vehicles is mounted to the Engine Bay Fuse Block, and acts as a gateway for the flow of energy from the energy source, through the Engine Bay Fuse Block, to different engine components.

17.     The Engine Relay plugs into the Engine Bay Fuse Block like a power cord plugs into a power outlet in the wall of a home. The Engine Relay has metal prongs that stick out, which are plugged into a designated spot on the Engine Bay Fuse Block which is designed to accept the Engine Relay (Engine Relay terminal). When the Class Vehicles are assembled, and if the Engine Bay Fuse Block later undergoes repair, in order to install the Engine Relay, a technician merely takes the Engine Relay, with the metal prongs pointing at the top of the Engine Bay Fuse Block, and pushes the Engine Relay into the Engine Relay Terminal portion of the Engine Bay Fuse Block. If a technician wishes to remove the Engine Relay from the Engine Bay Fuse Block, the technician would pull the Engine Relay away from the Engine Bay Fuse Block, like a person would unplug a power cord from a power outlet in the wall of a home.

18.     In order for the Engine Relay to function properly, the Engine Relay Terminal must have adequate tension, so that when the Engine Relay is pushed into the Engine Relay Terminal, each of Engine Relay's metal prongs have a tight fit and are not loose. The tension referred to herein is like the tension in a power outlet

mounted on the wall in a home. A person can roughly measure the tension by feeling how much force is needed in order to plug something into the power outlet.

19.    If there is not sufficient tension in the Engine Relay Terminal, resulting in the Engine Relay not fitting tightly into the Engine Relay Terminal, this can cause the Engine Relay to be loose. This can result in intermittent or total loss of electrical power to the Class Vehicles' components which are provided with electrical energy by the Engine Relay.

20.    An intermittent or total loss of electrical power to the engine components which are provided with electrical energy from the Engine Relay will often times cause Class Vehicles' engines to stall or experience other driveability related problems.

21.    If there is a lack of tension in the Engine Relay Terminal, causing the Engine Relay to be loose, then the normal vibration in the engine bay that accompanies the Class Vehicles while being driven can cause the Engine Relay, which is already loose, to move around. This results in an intermittent loss of electrical power to the engine components which are provided with electrical energy from the Engine Relay. This results in Class Vehicles' engines stalling while being driven. Engine stalling results in the loss of acceleration, the loss of power steering, the loss of power brakes, and several other very unsafe conditions. It is undeniable that if a Class Vehicle stalls while the Class Vehicle is being driven on the roadway, the stalling creates an extremely unsafe and unacceptably dangerous condition for the occupants of the Class Vehicle, and the pedestrians and other vehicle occupants in the general vicinity.

22.    The GM Fuse blocks are mass produced, with an eye towards reducing the cost associated with the design, materials, and assembly of the fuse blocks.

23.    The functionality of a fuse block is critical to the safety of GM vehicles.  This is because fuse blocks are used to distribute electrical power from a

1  power source to a variety of safety related components, such as air bags, different
2  engine components, the brakes, brake lights, headlights, etc.

3       24.    As discussed herein, the Class Vehicles have a common defect in the
4  Engine Bay Fuse Block which results in there being a lack of sufficient tension at
5  the Engine Relay Terminal, resulting in Class Vehicles stalling, and experiencing
6  other unsafe conditions such as the loss of acceleration, the loss of power steering,
7  and the loss of power brakes.

8       25.    Typically the only way that a consumer becomes aware that a fuse
9  block terminal does not have sufficient tension is when a vehicle experiences
10 intermittent or total loss of electrical energy. Furthermore, when this occurs, it is
11 often times unclear what is causing the intermittent loss of energy, making it
12 difficult to diagnose the cause being the lack of sufficient tension at the fuse block
13 terminal.

14      26.    For the herein stated reasons, it is critical that GM and other
15 manufacturers design robust fuse blocks that are defect-free. The failure of a fuse
16 block clearly poses a safety hazard.

17           **GM'S KNOWLEDGE OF THE FUSE BLOCK DEFECT**

18      27.    The Engine Bay Fuse Block for the 2007 through 2010 Saturn Outlook
19 (a GM product), the Engine Bay Fuse Block for the 2008 through 2017 Buick
20 Enclave, the Engine Bay Fuse Block for the 2009 through 2017 Chevrolet Traverse,
21 the Engine Bay Fuse Block for the 2007 through 2016 Acadia, and the Engine Bay
22 Fuse Block for the 2017 Acadia Limited have virtually the identical layout and
23 design ("Common Fuse Block Design") as the Engine Bay Fuse Block for the Class
24 Vehicles.

25      28.    Dating back prior to the sale and lease of the Class Vehicles, GM has
26 known that the Common Fuse Block Design is defective. There is a defect in the
27 design, materials, and assembly of the Common Fuse Block Design, wherein the
28 fuse block terminals fail to maintain sufficient tension, resulting in relays which are

1  mounted on fuse blocks being loose (Fuse Block Defect). When the relays which

2  are mounted on the fuse blocks become loose, the Class Vehicles can stall, and

3  exhibit other electrical malfunctions resulting in unsafe conditions such as the loss

4  of acceleration, the loss of power steering, and the loss of power brakes.

5       29.    GM's own documents confirm that consumers have complained for

6  years, predating the sale and lease of the Class Vehicles, that the Class Vehicles

7  have experienced problems which are and were symptomatic of the Fuse Block

8  Defect. GM has been aware of the Fuse Block Defect but has failed to acknowledge

9  the Fuse Block Defect. Instead, GM has published memorandum, distributed to

10  factory authorized repair facilities ("Service Bulletins"), which describe the

11  symptoms of the Fuse Block Defect and how to diagnose it, and purports to offer a

12  repair.  But, GM does not directly acknowledge the existence of the Fuse Block

13  Defect and, to date, has not offered an adequate or permanent solution for the

14  problem.  Plaintiff contends that GM has taken this approach to managing the Fuse

15  Block Defect, because this approach is less expensive and easier than resolving the

16  Fuse Block Defect.

17       30.    GM had actual knowledge of issues regarding poor terminal

18  connection in the fuse block as early as 2010.  One of GM's efforts to assist its

19  authorized repair facilities in addressing the ongoing consumer complaints which

20  have been symptomatic of the Fuse Block Defect was to publish Service Bulletin

21  09-06-03-004D on December 8, 2010 ("09-06-03 Bulletin"), entitled, "Electrical –

22  MIL on/DTC's set by various control modules." 09-06-03 Bulletin identifies the

23  subject as, "Intermittent No Crank/No Start, No Module Communication, MIL,

24  Warning Lights, Vehicle Messages or DTCs Set by Various Control Modules -

25  Diagnosing and Repairing Fretting Corrosion (Disconnect Affected Connector and

26  Apply Dielectric Lubricant)." The Service Bulletin identifies affected models as

27  2011 and prior GM Passenger Cars and Trucks. The condition is described as,

28  "Some customers may comment on any of the following conditions: An

1   intermittent no crank/no start, Intermittent malfunction indicator lamp (MIL)

2   illumination, Intermittent service lamp illumination, Intermittent service

3   message(s) being displayed. The technician may determine that he is unable to

4   duplicate the intermittent condition." The cause is described as, "This condition

5   may be caused by a buildup of nonconductive insulating oxidized debris known as

6   fretting corrosion, occurring between two electrical contact surfaces of the

7   connection or connector. This may be caused by any of the following conditions:

8   Vibration, Thermal cycling, *Poor connection/terminal retention*, Micro motion, A

9   connector, component or wiring harness not properly secured resulting in

10   movement. On low current signal circuits this condition may cause high resistance,

11   resulting in *intermittent connections*. On high current power circuits this condition

12   may cause permanent increases in the resistance and may cause a device to become

13   inoperative (emphasis added)."

14        31.   Although 09-06-03 Bulletin on its face appears benign, the Service

15   Bulletin identifies a very serious condition, and GM is admitting that it is

16   experiencing the condition with regard to all of its vehicles. The condition is that,

17   for all of its vehicles, GM reports that, "Some customers may comment on any of

18   the following," after which the concern is described from a symptomatic

19   perspective, namely what happens when there is poor connection/terminal

20   retention. Then, GM actually acknowledges that the cause includes, "Poor

21   connection/terminal retention." The terminal retention referenced in the Service

22   Bulletin relates in part to the terminals on the Engine Bay Fuse block, and thus

23   references the Common Fuse Block Design, and the Fuse Block Defect. Although

24   from an engineering perspective, this condition reported by "Some customers" is a

25   clear indication of a design defect, GM's resolution is to apply dielectric lubricant,

26   and only replace parts if applying the dielectric lubricant does not resolve the

27   problem. This is a "band aid" fix which does not resolve the underlying problem of

28

1  "poor connection/terminal retention." The apparent hope is to cheaply resolve the

2  problem during the warranty period.

3      32.    Thus, GM has acknowledged that as early as 2010, GM was on notice

4  that vehicles, including the vehicles which shared the same Common Fuse Block

5  Design as the Class Vehicles, had issues with poor connection and terminal

6  retention in the engine fuse block – precisely the same symptoms and issues

7  experienced by Plaintiff's Vehicle as alleged herein.

8      33.    Plaintiff contends that the condition described in the 09-06-03 Bulletin

9  is indicative of the fact that the Common Fuse Block Design does not meet industry

10  standards and is defective. Furthermore, as stated herein, the Fuse Block Defect is a

11  serious defect. The 09-06-03 Bulletin specifically asserts, "Some customers may

12  comment on any of the following conditions," then goes on to describe numerous

13  conditions which are symptomatic of the Fuse Block Defect which exists relating to

14  the Common Fuse Block Design, then attributes the cause to, among other things,

15  "Poor connection/terminal retention." Although in 2010 the Class Vehicles had not

16  yet been built or distributed, ultimately the condition described in the 09-06-03

17  Bulletin relates to all of the vehicles which share the Common Fuse Block Design,

18  including the Class Vehicles which at that time were not even built, but would

19  when built use the Common Fuse Block Design.

20      34.    In February of 2013, GM published Service Bulletin PIP5094

21  ("PIP5094"), with the subject being, "Prior To Any Circuit Testing." The model

22  vehicles is indicated as "2014 and prior GM cars and light duty trucks." The

23  instructions indicated, "When testing any circuit for open or continuity resistance, it

24  is imperative that all related terminal pin fit and tension be check when the test

25  steps require disconnection of the connector or component, prior to any component

26  replacement. Always use the recommended terminal test tool during these tests."

27  The bulletin further states, "Additional SI Keywords:" after which point P1682 and

28

1  P0689, among other things are listed. P1682 and P0689 are ignition fault codes

2  relating to engine function.

3       35.    Basically, PIP5094 is another Service Bulletin published by GM which

4  in layman's terms is advising technicians that if they identify certain fault codes,

5  including P1682 and P0689, the technician should test the terminal pin fit and

6  tension to see if there is poor pin fit or problems relating to terminal tension. The

7  Fuse Block Defect in the Common Fuse Block Design relates to poor terminal

8  tension. As will be discussed further herein, fault codes P1682 and P0689 relate to

9  the ignition circuit and engine stalling. Specifically, Fault Code P0689 and Fault

10  Code P1682 are both diagnostic codes which, among other things, can indicate poor

11  connection/terminal retention relating to the engine controls ignition relay, which is

12  the Engine Relay, and which is located in the Engine Bay Fuse Block. Poor

13  connection/terminal retention relating to the Engine Relay can cause engine

14  stalling, as well as intermittent no crank/no start, intermittent malfunction indicator

15  lamp (MIL) illumination, intermittent service lamp illumination and intermittent

16  service messages being displayed.

17       36.    On February 12, 2014, GM Published Service Bulletin PIT4649C

18  ("PIT4649C"), entitled, "Electrical – No start/MIL on/DTC 1682." The bulletin

19  identifies the subject as, "Service Engine Soon MIL With DTC P1682 - Battery

20  Draw - No Start Due To Non-GM Accessories Aftermarket Product Models: 2008-

21  2014 Buick Enclave 2009-2014 Chevrolet Traverse 2007-2014 GMC Acadia 2007-

22  2010 Saturn Outlook." Although the Service Bulletin seems to identify a problem

23  relating to aftermarket non-GM accessories, the Service Bulletin only relates to the

24  vehicles which share the Common Fuse Block Design, not all GM products. The

25  condition is described as, "Some customers may comment on the Service Engine

26  Soon (SES) light coming on, or the battery going dead overnight. During diagnosis

27  technicians may find a 4.1 amp draw on the electrical system. The draw may be

28  steady or may drop down to a low milliamp reading for 1-2 seconds and then rise

1   back up near 4.1 amps." The recommendation states, "When servicing a vehicle

2   with this concern, back out pin 1 of connector 2 at the BCM and see if the draw

3   goes away. If the draw goes away, check for an aftermarket accessory (LoJack,

4   non-factory DVD system, alarm, etc.) that is improperly wired into circuit 1732."

5        37.    The reason that PIT4649C is probative of the Fuse Block Defect is that

6   the Service Bulletin only identifies the vehicles which share the Common Fuse

7   Block Design, and because the Service Bulletin specifically identifies fault code

8   P1682. Again, Fault Code P1682 is a diagnostic code which, among other things,

9   can indicate poor connection/terminal retention relating to the engine controls

10   ignition relay, which is the Engine Relay, and which is located in the Engine Bay

11   Fuse Block. Poor connection/terminal retention relating to the Engine Relay can

12   cause engine stalling, as well as intermittent no crank/no start, intermittent

13   malfunction indicator lamp (MIL) illumination, intermittent service lamp

14   illumination and intermittent service messages being displayed.

15        38.    PIT4649C is on its face another example of GM turning a blind eye to

16   an obvious problem.  Although PIT4649C purports to identify the root cause of

17   Fault Code P1682 as being the use of after market electronic components such as

18   alarms by consumers, PIT4649C only identifies the vehicles which share the

19   Common Fuse Block Design as being effected by the use of the after market

20   equipment. This makes no logical sense, because consumers' use of these after

21   market electronic components is not confined to the vehicles which share the

22   Common Fuse Block Design. Consumers use these after market electronic

23   components on all vehicles. Thus, PIT4649C is simply another attempt to come up

24   with a "band aid" solution to a serious defect.

25        39.    On November 26, 2018, GM published Service Bulletin PIT5643,

26   entitled, "Intermittent reduced engine power or stall with P0689 and/or P1682."

27   The effected vehicles were listed as the 2013 through 2014 Buick Enclave, the 2013

28   through 2014 Chevrolet Traverse, and the 2013 through 2014 GMC Acadia. The

1   condition was described as, "Customer may comment of intermittent Service

2   Engine Soon light on with Reduced Engine Power and/or engine stall with P0689

3   and/or P1682 stored in history." The cause was described as, "Terminal #51 at X3

4   Connector of Under Hood Fuse Block loose terminal tension with arcing corrosion

5   on terminal #51 on fuse block. Note: Engineering is still investigating the root

6   cause. The PI will be updated to a bulletin once the final root is understood."

7        40.    PIT5643 identifies the cause as being arcing corrosion. 09-06-03,

8   published on December 8, 2010, identifies the problem as being fretting corrosion.

9   Both Service Bulletins identify an ongoing problem with poor connection/terminal

10  retention, causing terminal corrosion. Bulletin 09-06-03, published in 2010

11  identifies fretting corrosion, and PIT5643, published in 2018 identifies resulting

12  arcing corrosion, both as a result of the same root cause – poor terminal retention.

13       41.    Terminal #51 at X3 Connector of Under Hood Fuse Block, as

14  described in PIT5643, relates to the Engine Relay Terminal, where the Engine

15  Relay is plugged in. As stated previously, Fault Code P0689 and Fault Code P1682,

16  both referenced in PIT5643, are diagnostic codes which, among other things, can

17  indicate poor connection/terminal retention relating to the engine controls ignition

18  relay. All of the Service Bulletins referenced herein relate to the same Fuse Block

19  Defect.

20       42.    On November 5, 2019, GM published Preliminary Information

21  PIT5074M, entitled Terminal Test Probe Information/Repair. GM has published

22  numerous other documents over the years, relating to the same matters set forth in

23  the PIT5074M document. The model vehicle is indicated as, "All brand, all model

24  2005-2020." The Recommendations/Instructions indicates, "When diagnosing an

25  intermittent electrical concern terminal tension is one of the main culprits,

26  especially when working with very small terminals." The model year range dates

27  back to 2005 and indicates that terminal tension is one of the main culprits in

28  diagnosing an intermittent electrical concern. This information makes it clear that

1  GM has been aware of terminal tension being problematic for years predating the
2  production and distribution of the Class Vehicles.

3       43.    Finally, on December 12, 2019, GM published bulletin 19-NA-276,
4  entitled, "Potential Reduced Engine Power Message Displayed and/or Engine Stall
5  With DTCS P1682 and/or P0689 Set." The bulletin states that it pertains to the
6  Class Vehicles. The bulletin describes the condition as, "Some customers may
7  comment that the engine stalled and/or a reduced engine power message was
8  displayed. The technician may find DTCs P1682 and/or P0689 stored." The bulletin
9  describes the cause as being, "The cause of the condition may be poor terminal
10 tension on terminal 51 in X50A fuse block Underhood X3." The correction is
11 described as, "Following the Service Procedure below, dealers are to inspect, and if
12 repair is necessary, replace terminal 51 in X50A fuse block – Underhood X3, with a
13 new terminated lead."

14      44.    Bulletin 19-NA-276 acknowledges that if a consumer complains of a
15 reduced power message and/or engine stalling, along with fault codes P1682 and/or
16 P0689, the cause may be that terminal 51 on the Fuse Block has poor tension.
17 Terminal 51 is used as a receptacle on the fuse block for an Engine Relay. The
18 bulletin, by virtue of its very existence, and by virtue of the fact that it applies to all
19 of the Class Vehicles, and no other vehicles, is an acknowledgment of a classwide
20 problem relating to the Engine Bay Fuse Block. The Bulletin is not merely a
21 diagnostic tool. The Bulletin was published in order to diagnose and resolve a
22 known defect regarding the Engine Bay Fuse Block. Although the Bulletin exists,
23 consumers are expected to pay for the repairs, unless the repair is done during
24 warranty time period.

25      45.    Furthermore, the poor tension described is Bulletin 19-NA-276 relates
26 back to Bulletin 09-06-03, published on December 8, 2010, and all of the
27 subsequent Service Bulletins. Bulletin 09-06-03 specifically states that the cause of
28 the condition reported by consumers included poor connection/terminal retention.

1  Bulletin 19-NA-276 provided a more advanced remedy for then Fuse Block Defect

2  then merely applying dielectric lubricant.

3      46.    Finally, the conditions reported in Bulletin 09-06-03, published on

4  December 8, 2010, of, "An intermittent no crank/no start,  intermittent malfunction

5  indicator lamp (MIL) illumination, intermittent service lamp illumination, and

6  intermittent service message(s) being displayed," are all symptomatic of poor

7  connection/terminal retention at terminal 51 on the Fuse Block, resulting in engine

8  stalling, as well as intermittent no crank/no start, intermittent malfunction indicator

9  lamp (MIL) illumination, intermittent service lamp illumination and intermittent

10  service messages being displayed.

11      47.    The interrelationship of all of the above Service Bulletins, which all

12  point back to the December 8, 2010 Service Bulletin is undeniable.  They confirm

13  customer complaints which GM attributed to lack of terminal tension.  They also

14  confirm GM's knowledge of the Fuse Block Defect relating to the Class Vehicles,

15  prior to the Class Vehicles being distributed by GM.  While GM may have sought

16  to attribute the problem to various causes, such as after-market accessories, GM

17  was well aware of the underlying issue and finally acknowledged it in 2019.

18  Unfortunately, GM's solution was essentially to pack the area with dielectric

19  lubricant, or blame the problem on after market equipment, to attempt to remedy or

20  at least explain away the poor terminal connection. These solutions were not a

21  permanent fix.  GM's last effort, in publishing Service Bulletin 19-NA-276,

22  provided a more advanced remedy for the Fuse Block Defect.

23      48.    The reality is that  GM has known about the Fuse block Defect for

24  years, predating GM's sale and distribution of the Class Vehicles, but GM has

25  failed to take any action to resolve the problem because, based upon a cost benefit

26  analysis, GM has not been financially motivated to resolve the problem.

27      49.    To summarize, all of the Service Bulletins referenced herein relate to a

28  common defect which relates to all of the GM vehicles which share the Common

1   Fuse Block Design. The common defect is the Fuse Block Defect. The Fuse Block

2   Defect is the fact that there is poor connection/terminal retention. The poor

3   connection/terminal tension causes the Engine Relay, which is mounted in terminal

4   51 to be loose, causing intermittent lack of connectivity.

5       50.    As a result, the Class Vehicles produce Fault Code P689 and Fault

6   Code P1682. Furthermore, the Class Vehicles experience engine stalling, as well as

7   intermittent no crank/no start, intermittent malfunction indicator lamp (MIL)

8   illumination, intermittent service lamp illumination and intermittent service

9   messages being displayed. This is a serious safety defect.

10      51.    GM has known about the Fuse Block Defect dating back to 2010, or

11  beforehand, prior to GM selling any of the Class Vehicles. GM acknowledges in

12  the text of Service Bulletin 09-06-03 published in 2010 that GM is aware that its

13  customers have complained about the problems which result from the Fuse Block

14  Defect. Notwithstanding this knowledge, as proven by GM's own Service

15  Bulletins, GM produced and continued to sell the Class Vehicles with the Fuse

16  Block Defect. Furthermore, GM has not disclosed the Fuse Block Defect to

17  consumers, and if the Fuse Block Defect manifests outside of the warranty period,

18  GM customers are required to pay for the resulting repairs.

19      **PLAINTIFF'S EXPERIENCE WITH THE FUSE BLOCK DEFECT**

20      52.    On April 30, 2018, at 89,373 miles, Casey brought the Casey Vehicle

21  to Hoehn. The repair record indicated that Casey was complaining that while

22  driving on the freeway, after slowing down but while still in motion, the stability

23  and traction warning illuminated, with a warning of reduced power. The reason that

24  Casey brought the Casey Vehicle in for repairs was that on approximately five (5)

25  occasions, Casey had experienced loss of power. The only way she could get the

26  loss of power problem to resolve would be to pull over, turn the Casey Vehicle off,

27  let it sit, and turn it back on. The loss of power problem was accompanied by the

28  stabilitrak light illuminating. Hoehn scanned the Casey Vehicle, and found Code

1  P1682. HOEHN found that the fuse block ignition bus was loose. The fuse block
2  was reinstalled. Casey was required to pay for the repairs.

3      53.    On June 20, 2018, at 92,318 miles, Casey brought the Casey Vehicle
4  back to Hoehn, complaining of the engine light coming on and off, of the traction
5  control message and of the reduced power message being displayed. Hoehn
6  diagnosed the fuse block as being defective and replaced the fuse block. Casey was
7  required to pay for the replacement of the fuse block.

8      54.    At the time of the April 30, 2018 repair, Hoehn identified Fault Code
9  P1682, and found that the fuse block ignition bus, also known as both Terminal 51
10  and the Engine Relay, was loose. This condition is the same condition described in
11  all of the Service Bulletins namely, poor connection/terminal tension. Furthermore,
12  the Engine Relay, identified by Hoehn as the ignition bus, was loose. Hoehn tried to
13  reinstall the fuse block. At that time, Service Bulletin 19-NA-276 had not yet been
14  published, so Hoehn attempted to fix the problem by resecuring the Engine Bay
15  Fuse Block. The repair did not work, and the Casey Vehicle was brought back by
16  Casey on June 20, 2018 with the same symptoms. As stated herein, these symptoms
17  are serious safety problems, which can result in stalling in traffic. Casey had herself
18  experienced the Case Vehicle stalling in traffic. Hoehn had already attempted an
19  inexpensive fix, however the inexpensive fix of just resecuring everything did not
20  work.

21     55.    As a result, during the June 20, 2018 repair, Hoehn ultimately
22  diagnosed the Engine Bay Fuse Block as being defective and replaced the Engine
23  Bay Fuse Block. Casey was required to pay for the repairs.

24     56.    All of the fuse block repairs relating to the Casey Vehicle which are
25  referenced herein related to the Engine Bay Fuse Block, and the Fuse Block Defect.

26     57.    As previously stated, GM has been aware for years, even predating the
27  manufacture and sale of Class Vehicles, that it designs, assembles, and installs
28  defective fuse blocks. Finally, after several years of consumers complaining about

1  defects relating to the Engine Bay Fuse Block's installed in the Class Vehicles, on

2  December 12, 2019, GM published bulletin 19-NA-276.

3        58.     Casey contends that the bulletin was published in order to diagnose

4  and resolve a known defect regarding the Engine Bay Fuse Block. Although the

5  bulletin exists, consumers are expected to pay for the repairs, unless the repair is

6  done during warranty time period.

7        59.     Casey contends that the condition described in bulletin 19-NA-276 is

8  the same condition that resulted in the repair attempts to the Casey Vehicle at

9  89,373 miles and 92,318 miles.

10       60.     GM widely advertises, publishes, publicizes, and disseminates to the

11 public that the Class Vehicles are both safe and of good quality.

12       61.     GM has known of the Fuse Block Defect for years, even predating the

13 manufacture and distribution of the Class Vehicles. GM knew or should have

14 known that the Fuse Block Defect resulted in the Class Vehicles being defective

15 and not fit for their intended purpose of providing consumers with safe and reliable

16 transportation. Nevertheless, GM actively concealed and failed to disclose this

17 defect to Casey and the Class Members at the time of purchase or lease and

18 thereafter.

19       62.     GM has failed to notify Class Members of the Fuse Block Defect,

20 placing consumers at risk of suffering injury and financial loss.

21       63.     It is Casey's information and belief that the Fuse Block Defect is a

22 pervasive defect affecting every single Class Vehicle and posing a serious safety

23 hazard for the general public.

24       64.     GM has superior and exclusive knowledge of the Fuse Block Defect.

25 GM knew that the defect was not known or reasonably discoverable by Casey and

26 Class Members prior to their purchase or lease of the Class Vehicles.

27       65.     Only GM had access to information about the significant risks

28 associated with the Fuse Block Defect, through GM's dealerships, pre-release

1  testing data, warranty data, customer complaint data, and replacement part sales

2  data, among other internal sources of aggregate information about the problem.

3    66.    While GM has been fully aware of the Fuse Block Defect in the Class

4  Vehicles, GM has actively concealed the existence and nature of the Fuse Block

5  Defect from Casey and Class Members at the time purchase or sale and thereafter.

6  Specifically, GM has:

7         a.    failed to disclose at any time, either before, at the time of, or

8  after consumers have leased and purchased the Class Vehicles, that the Class

9  Vehicles have the Fuse Block Defect;

10        b.    failed to disclose at the time of purchase or lease that the Class

11  Vehicles were not in good in working order, were defective, and were not safe; and

12        c.    not properly instructed GM authorized repair facilities regarding

13  the true nature of the Fuse Block Defect, the frequency of the Fuse Block Defect,

14  and how to properly diagnose the Fuse Block Defect. GM has instead made false

15  statements that that there is no defect relating to the Class Vehicles. Consequently,

16  this misinformation provided by GM has resulted in complaining consumers being

17  told that there is nothing wrong with their Class Vehicles.

18    67.    Casey and Class Members have expended money to make repairs as a

19  result of the Fuse Block Defect, despite GM's knowledge of the defect.

20    68.    The Members of the Class have not received the value for which they

21  bargained when they purchased or leased the Class Vehicles.

22    69.    As a result of the defects, the value of the Class Vehicles has

23  diminished, including without limitation re-sale value.

24                    **TOLLING OF THE STATUTE OF LIMITATIONS**

25    70.    Since the defects in the design or manufacture of the Class Vehicles

26  are latent and cannot be detected until the defect manifests itself, Casey and the

27  Class Members were not reasonably able to discover the problem until after

28  purchasing or leasing the Class Vehicles, despite their exercise of due diligence.

71.     Casey and the Class Members had no realistic ability to discern that the Class Vehicles were defective until after Casey and the Class Members experienced the Fuse Block Defect.  Plaintiff did not experience the Fuse Box Defect until April 30, 2018 when she was alerted to the problem while she was driving on the freeway, as alleged above.  In addition, despite their due diligence, Casey and the Class Members could not reasonably have been expected to learn or discover that they were deceived and that material information concerning the Class Vehicles had been concealed from them until manifestation of the Fuse Block Defect.

72.     As alleged above, typically the only way that a consumer can become aware that a fuse block terminal does not have sufficient tension is when a vehicle experiences intermittent or total loss of electrical energy. Furthermore, when this occurs, it is often times unclear what is causing the intermittent loss of energy, making it difficult to diagnose the cause being the Fuse Box Defect or lack of sufficient tension at the fuse block terminal.

73.     Therefore, the discovery rule is applicable to the claims asserted by Casey and the Class Members.

74.     Moreover, GM has known of the defect in the Class Vehicles and has concealed from or failed to alert owners and lessees of the Class Vehicles of the full and complete nature of the Fuse Block Defect.

75.     Any applicable statute of limitation was tolled by GM's knowledge, active and fraudulent concealment, and denial of the facts as alleged herein, including with respect to internal Service Bulletins. GM is further estopped from relying on any statute of limitation because of its concealment of the defective nature of the Class Vehicles.

## CLASS ACTION ALLEGATIONS

76.     Casey brings this lawsuit as a class action on behalf of herself and all other Class Members similarly situated pursuant to Federal Rules of Civil

1  Procedure, Rule 23.  This action satisfies the numerosity, commonality, typicality,

2  adequacy, predominance, and superiority requirements of those provisions.

3       77.   The Class and Sub-Class are defined as:

4            Class: All Persons in the State of California who purchased
            or leased model year 2013 through 2017 Buick Enclave,
5            model year 2013 through 2017 Chevrolet Traverse, model
            year 2013 through 2016 Chevrolet Acadia, and model year
6            2017 Chevrolet Acadia Limited vehicles ("Class Vehicles").
7

8            Sub-Class:  All Class Members who are "consumers" within
            the meaning of California Civil Code § 1761(d). Excluded
9            from the Class and Sub-Classes are: (1) Defendants, any
            entity or division in which Defendants has a controlling
10           interest, and its legal representatives, officers, directors,
            assigns, and successors; (2) the Judge to whom this case is
11           assigned and the Judge's staff; and (3) those persons who
            have suffered personal injuries as a result of the facts alleged
12           herein. Casey reserves the right to amend the Class and Sub-
            Classes definitions if discovery and further investigation
13           reveal that the Class and Sub-Classes should be expanded or
14           otherwise modified.
15
16

17       78.   Numerosity: Although the exact number of Class Members is uncertain

18  and can only be ascertained through appropriate discovery, the number is great

19  enough such that joinder is impracticable. The disposition of the claims of these

20  Class Members in a single action will provide substantial benefits to all parties and

21  to the Court. The Class Members are readily identifiable from information and

22  records in Defendants' possession, custody, or control, as well as from records kept

23  by the Department of Motor Vehicles.

24       79.   Typicality: The claims of the representative Casey are typical of the

25  claims of the Class in that the representative Casey, like all Class Members,

26  purchased and/or leased a Class Vehicle designed, manufactured, and distributed by

27  GM.  The representative Casey, like all Class Members, has been damaged by

28  Defendants' misconduct in that she has incurred or will incur the cost of repairs

relating to the Fuse Block Defect. Furthermore, the factual bases of GM's misconduct are common to all Class Members and represent a common thread of fraudulent, deliberate, and negligent misconduct resulting in injury to all Class Members.

80. <u>Commonality</u>: There are numerous questions of law and fact common to Casey and the Class that predominate over any question affecting only individual Class Members. These common legal and factual issues include the following:

a. Whether the Class Vehicles suffer from the Fuse Block Defect;

b. Whether the Fuse Block Defect constitutes an unreasonable safety risk;

c. Whether Defendants know about the Fuse Block Defect and, if so, how long Defendants have known of the defect;

d. Whether the defective nature of the Class Vehicles constitutes a material fact;

e. Whether Defendants had a duty to disclose the defective nature of the Class Vehicles to Casey and Class Members;

f. Whether Defendants knew or reasonably should have known of the Fuse Block Defect in the Class Vehicles before the Class Vehicles were sold or leased them to Class Members;

g. Whether Defendants should be declared financially responsible for notifying all Class Members of the problems with the Class Vehicles and for the costs and expenses of repair and replacement of the Class Vehicles;

h. Whether Defendants concealed and refused to disclose the nature of the Fuse Block Defect from purchasers and lessees of Class Vehicles at the time of sale and otherwise;

i. Whether Class Members have suffered loss as a result of the Fuse Block Defect, and to what extent GM is obligated to compensate the Class Members for any and all losses.

81. <u>Adequate Representation</u>:  Casey will fairly and adequately protect the interests of the Class Members. Casey has retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Casey intends to prosecute this action vigorously.

82. <u>Predominance and Superiority</u>: Casey and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendants' unlawful and wrongful conduct. A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law. Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendants' misconduct. Absent a class action, Class Members will continue to incur damages, and Defendants' misconduct will continue without remedy.  Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

## **FIRST CAUSE OF ACTION**

Fraud by Omission

Against All Defendants

83. Casey hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

84. It is Casey's information and belief that GM had actual and constructive knowledge of the Fuse Block Defect in the Class Vehicles, and that the Fuse Block Defect was a condition rendering the Class Vehicles defectively designed and manufactured, causing the Class Vehicles to be unsafe, and rendering the Class Vehicles not suitable for their intended use.

85.    GM concealed from and failed to disclose to Casey and the Class the defective nature of the Class Vehicles.

86.    GM was under a duty to Casey and the Class to disclose the defective nature of the Fuse Block Defect because:

a.    GM was in a superior position to know the true state of facts about the Fuse Block Defect in the Class Vehicles;

b.    GM made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles;

c.    GM actively concealed the defective nature of the Class Vehicles from Casey and the Class Members;

d.    The Fuse Block Defect posed a serious safety hazard for Class Members, as well as the general public.

87.    The facts concealed or not disclosed by Defendants to Casey and the Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase the Class Vehicles. Had Casey and other Class Members known that the Class Vehicles had the Fuse Block Defect, Casey and the Class Members would not have purchased and leased Class Vehicles or would have paid less for them.

88.    Defendants continued to conceal the defective nature of the Class Vehicles even after Class Members began to report problems. Indeed, Defendants continue to cover up and conceal the true nature of the problem.

89.    Defendants concealed or failed to disclose the true nature of the design or manufacturing defect consisting of the Fuse Block Defect existing in its Class Vehicles, in order to induce Casey and the Class to act thereon. Casey and the Class Members justifiably relied on the omission to their detriment. This detriment is evident from Casey's and Class Members' purchase or lease of Defendants' Class Vehicles, and from Casey and Class Members paying to repair the Fuse Block Defect.

90.     Defendants continued to conceal the defective nature of the Class
Vehicles even after Members of the Class began to report problems. Indeed,
Defendants continue to cover up and conceal the true nature of the problem today,
including denying reimbursement of repair costs related to repairs that have been
necessary due to the Fuse Block Defect.

91.     As a direct and proximate result of Defendants' misconduct, Casey and
the Class Members have suffered and will continue to suffer actual damages.

92.     The managing officers and directors of GM knew of, consented to,
participated in, and ratified the fraudulent conduct alleged herein. It is Plaintiff's
condition that the process involved in publishing Service Bulletins requires the
approval of GM's management team. The Service Bulletins published in this matter
clearly indicate, and even describe consumer complaints relating to the Fuse Block
Defect. Furthermore, GM knows on a managerial level that it uses a Common Fuse
Block Design. Thus, this is not merely a situation involving a low-level impropriety
on the part of a corporation. The management level of GM has had active
knowledge of the Fuse Block Defect, and of the consumer complaints, however
GM has fraudulently concealed the condition from consumers. As a result, Casey
demands and is entitled to recover punitive damages against GM.

## SECOND CAUSE OF ACTION

Violation of Consumers Legal Remedies Act

Against All Defendants

93.     Casey incorporates by reference the preceding paragraphs of this
Complaint.

94.     Civil Code section 1780(a) provides that any consumer who suffers
damage as a result of a Consumer Legal Remedies Act violation may bring an
action to recover: 1) actual damages, but in no case shall the total award of
damages in a class action be less than $1,000, 2) an order enjoining the methods,

1  acts, or practices, 3) restitution of property, 4) punitive damages, and 5) any other

2  relief that the court deems proper.

3       95.    GM has violated the Consumer Legal Remedies Act by representing

4  that the Class Vehicles had characteristics or benefits which they did not have, in

5  violation of Civil Code Section 1770(a)(5), by falsely representing that the Class

6  Vehicles were of a particular standard, quality or grade when they were of another,

7  in violation of Civil Code Section 1770(a)(7), and by advertising Class Vehicles

8  with an intent not to sell them as advertised, in violation of Civil Code Section

9  1770(a)(9).

10      96.    On January 13, 2020, Casey gave GM written notice of Casey's claims

11  pursuant to the Consumers Legal Remedies Act and requested that GM provide a

12  corrective remedy within the time period allowed by law. GM failed to provide a

13  corrective remedy within the time period allowed by law.

14      97.    Civil Code section 1781 provides that Casey may pursue this case as a

15  class action.

16      98.    Casey requests compensatory, actual, incidental and consequential

17  damages.

18      99.    Casey also requests injunctive relief pursuant to Civil Code 1782(d), to

19  prevent future harm and safety concerns resulting from the Fuse Block Defect by,

20  *inter alia*, compelling GM to notify Class Members about the Fuse Block Defect.

21  In this respect, damages are an inadequate remedy at law. for those Class Members

22  who will have to pay to repair the Fuse Block Defect in the future.

23      100.   Casey is entitled to attorney fees pursuant to Civil Code section

24  1780(e).

25                          **RELIEF REQUESTED**

26      101.   Casey, on behalf of herself, and all others similarly situated, requests

27  the Court to enter judgment against Defendants, as follows:

28

1       a.     An order certifying the proposed Class and Sub-Classes,

2 notifying the Class and Sub-Classes of this litigation and their right to recover

3 money, or order designating Casey as named representatives of the Class, and an

4 order designating the Casey's Counsel as Class Counsel;

5       b.     A declaration that Defendants are financially responsible for

6 notifying all Class Members about the defective nature of the Class Vehicles;

7       c.     An award to Casey and the Class of compensatory, exemplary,

8 and statutory damages, including interest, in an amount to be proven at trial;

9       d.     An award to Casey and the Class of any repair costs they are

10 owed;

11       e.     An award of attorneys' fees and costs, as allowed by law;

12       f.     An award of pre-judgment and post-judgment interest;

13       g.     Leave to amend the Complaint to conform to the evidence

14 produced at trial; and

15       h.     Other relief as may be appropriate under the circumstances.

16

17 Dated:  September 15, 2020       Respectfully submitted,

18

19       **POMERANTZ LLP**
**THE LAW OFFICE OF ROBERT STARR**

20

21       By:_____

22         Robert L. Starr

23

24       *Attorneys for Plaintiff*

25

26

27

28