UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASEY, individually, and on behalf of a class of similarly situated individuals,<br><br>         Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>         Defendant. | Case No.: 20-cv-299-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

  On February 18, 2020, Plaintiff Rebecca Casey filed a Complaint against Defendant General Motors, LLC. (ECF No. 1). On July 31, 2020, Defendant filed a Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 11). On August 6, 2020, the Court issued an Order that stated, "The deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss or file an amended Complaint, if any, is extended to September 15, 2020." (ECF No. 13 at 1). On September 15, 2020, Plaintiff filed an Amended Complaint. (ECF No. 14).

  Once filed, an amended complaint supersedes the original complaint in its entirety. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Defendant's

Motion to Dismiss, addressing the original Complaint, became moot once Plaintiff filed the Amended Complaint. *Id.*

    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss the Complaint (ECF No. 11) is denied as moot.

Dated: September 17, 2020

*[signature]*
Hon. William Q. Hayes
United States District Court