UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASEY, individually, and on behalf of a class of similarly situated individuals,<br><br>                      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC; and DOES 1-10, inclusive,<br><br>                      Defendants. | Case No.: 20-cv-299-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

    On March 17, 2021, all parties filed a Stipulation to Dismiss, purporting to "dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." (ECF No. 45 at 2).

    An action may be voluntarily dismissed by the parties pursuant to Rule 41 by the filing of "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). However, class claims may be dismissed with prejudice only after following the procedures outlined in Federal Rule of Civil Procedure 23(e). The Second Amended Complaint contains putative class claims that have not been dismissed pursuant to Rule 23(e). Accordingly, the Court construes the Stipulation to Dismiss as seeking to

dismiss Plaintiff's individual claims with prejudice and putative class claims without prejudice. *See Allred v. Chicago Title Co.*, No. 19CV2129-LAB, 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020) ("Although the motion seeks dismissal of all claims with prejudice, the Court construes this as a request to dismiss Plaintiffs' own claims with prejudice, and putative class claims without prejudice.") (citing Fed. R. Civ. P. 23(e)). So construed, the request is granted.

IT IS HEREBY ORDERED that the Stipulation to Dismiss (ECF No. 45) is granted. Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice. The Clerk of the Court shall close this case.

Dated: March 21, 2022

Hon. William Q. Hayes
United States District Court